**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 13 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-30338 |
| Plaintiff - Appellee, | D.C. No. 1:08-cr-00072-RFC |
| v. | |
| RUBEN COTA-BECERRA, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Richard F. Cebull, Chief Judge, Presiding

Submitted September 13, 2010**

Before:    SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Ruben Cota-Becerra appeals from the 360-month sentence imposed following his guilty-plea conviction for conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846, and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 18

---

\*    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 2. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Cota-Becerra contends that the district court erred by enhancing his sentence four levels, under U.S.S.G. § 3B1.1(a), for his organizer or leader role in the offense. The record reflects that the district court did not err in finding that Cota-Becerra was an organizer or leader. *See United States v. Garcia*, 497 F.3d 964, 969-70 (9th Cir. 2007).

Cota-Becerra also contends that the district court erred by enhancing his sentence two levels, under U.S.S.G. § 3C1.1, for his obstruction of justice. The district court did not clearly err in determining that Cota-Becerra obstructed justice by threatening his co-conspirator to deter him from testifying. *See* U.S.S.G. § 3C1.1 cmt. n.4; *United States v. Jackson*, 974 F.2d 104, 106 (9th Cir. 1992).

Cota-Becerra further contends that the district court erred by denying him a two-level downward adjustment, under U.S.S.G. § 3E1.1, for acceptance of responsibility. The district court did not clearly err in determining that Cota-Becerra had not accepted responsibility based on his obstruction of justice and his testimony at the sentencing hearing. *See* U.S.S.G. § 3E1.1 cmt. n.1(a), 3-5; *United States v. Thompson*, 80 F.3d 368, 370-71 (9th Cir. 1996).

Finally, Cota-Becerra contends that his sentence is substantively unreasonable. The district court did not procedurally err and the sentence is not

09-30338

unreasonable in light of the totality of the circumstances and the factors set forth in 18 U.S.C. § 3553(a). *See United States v. Carty*, 520 F.3d 984, 993-94 (9th Cir. 2008) (en banc).

**AFFIRMED.**